IN UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs | ) | Case No. 3:14-PO-25 |
| | ) | |
| Jerry Tanner | ) | |
| | ) | |

## ORDER TERMINATING PROBATION

The above named was placed on Probation on 1/14/2015 for a period of _3_ years. Based on the recommendation of the U.S. Probation Officer and for good cause shown it is hereby ordered that the defendant is discharged from Probation and that the proceedings in the case be terminated.

Dated this 22nd day of May, 2017

_____
United States Magistrate Judge